A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Jan 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Jan 14, 2010

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)
C 09-5649 WHA

**CONDITIONAL TRANSFER ORDER (CTO-330)**

FILED
FEB - 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,038 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 2-1-10
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                          MDL No. 875

## SCHEDULE CTO-330 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-8198 | James H. Prange, et al. v. General Electric Co., et al. |
| CAC | 2 | 09-8794 | James H. Prange, et al. v. General Electric Co., et al. |
| CAC | 2 | 09-9186 | Frederick B. Hartsfield, et al. v. Albay Construction Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-5504 | Frank Delahaye v. Metalclad Insulation Corp., et al. |
| CAN | 3 | 09-5649 | Marion Spilmom v. General Electric Co., et al. |
| CAN | 3 | 09-5736 | Quillia Cook, et al. v. Textron Inc., et al. |
| CAN | 3 | 09-5765 | Georgine Gori, et al. v. Northrop Grumman Shipbuilding, Inc., et al. |
| ~~CAN~~ | ~~3~~ | ~~09-5800~~ | ~~Robert Lindenmayr, et al. v. Allied Packing & Supply, Inc., et al.~~ Vacated 1/19/10 |
| CAN | 3 | 09-5817 | Roma Spellman, etc. v. United States Steel Corp. |
| CAN | 3 | 09-5821 | John Heinmiller v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| CAN | 4 | 09-5601 | Maria Elena Demoss, et al. v. General Electric Co., et al. |
| CAN | 4 | 09-5648 | Paul Maeser v. Foster Wheeler, LLC, et al. |
| CAN | 4 | 09-5667 | David Wolgamott v. Metalclad Insulation Corp., et al. |
| CAN | 4 | 09-5713 | Joe Holland, et al. v. A.W. Chesterton Co., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-1112 | Samuel Allen, et al. v. CBS Corp. |
| **ILLINOIS CENTRAL** | | | |
| ILC | 2 | 09-2308 | Stella R. Martin, etc. v. A.W. Chesterton Co., et al. |
| **MAINE** | | | |
| ME | 2 | 09-587 | Robert L. Grigg, et al. v. Metropolitan Life Insurance Co., et al. |
| ME | 2 | 09-588 | Dana L. Snow v. Aurora Pump Co., et al. |
| ME | 2 | 09-640 | Joseph V. Zammit, et al. v. Metropolitan Life Insurance Co., et al. |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 4 | 09-171 | Vickie Joyce Castle Speed, et al. v. Metropolitan Life Insurance Co., et al. |

**MDL No. 875 - Schedule CTO-330 Tag-Along Actions (Continued)**

**DIST.**  **DIV.**  **C.A.#**  **CASE CAPTION**

NORTH CAROLINA MIDDLE
- NCM  1  09-971   James Franklen Faulkenberry, et al. v. 3M Co., et al.
- NCM  1  09-1002  William Randolph Roberts v. 3M Co., et al,

NORTH CAROLINA WESTERN
- NCW  1  09-421  James Lynn Tesseneer, et al. v. A.W. Chesterton Co., et al.
- NCW  1  09-424  Bobby Joe Rathbone, et al. v. A.W. Chesterton Co., et al.
- NCW  1  09-426  Clarence William Whitlock, et al. v. A.W. Chesterton Co., et al.
- NCW  1  09-427  William Harold Laney, et al. v. A.W. Chesterton Co., et al.
- NCW  1  09-428  John David McGalliard, et al. v. A.W. Chesterton Co., et al.
- NCW  1  09-429  Roy Franklin Crisp, et al. v. A.W. Chesterton Co., et al.
- NCW  1  09-445  Walter Emmett Carraway, et al. v. 3M Co., et al.
- NCW  1  09-452  Ray Houser Dellinger, Jr., et al. v. 3M Co., et al.
- NCW  1  09-456  Brian Bruce Bowen, et al. v. 3M Co., et al.
- NCW  1  09-457  Charles Alton Gravley, et al. v. 3M Co., et al.
- NCW  1  09-458  John Flannery v. 3M Co., et al.
- NCW  1  09-460  Reginald Gene Hull, et al. v. 3M Co., et al.
- NCW  1  09-469  Robert Lee Price v. 3M Co., et al.
- NCW  1  10-3    Barry Franklin Gantt, et al. v. 3M Co., et al.
- NCW  1  10-6    Harold Haskell Kay v. 3M Co., et al.
- NCW  1  10-8    Cary Albert Founds, et al. v. 3M Co., et al.

NEVADA
- NV  2  09-2395  Susan Tafoya v. AC Delco Auto Service Center, Inc., et al.

RHODE ISLAND
- RI  1  09-513  Charles G. Newberry, et al. v. Elliott Turbomachinery Co., Inc., et al.
- RI  1  09-561  Fred E. Strong, et al. v. Buffalo Pumps, Inc., et al.

SOUTH CAROLINA
- SC  0  09-3020  Johnnie Richard Childers, Sr., et al. v. A.W. Chesterton Co., et al.
- SC  8  09-3260  Eugene Webb v. 3M Co., et al.
- SC  8  09-3356  Tim David Mauldin, et al. v. 3M Co., et al.

TEXAS EASTERN
- TXE  6  09-497  Robert Plummer v. Turner & Newell Ltd., et al.

**MDL No. 875 - Schedule CTO-330 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VIRGINIA EASTERN | | | |
| VAE | 2 | 09-9625 | William H. Monroe, Jr., etc. (Gerald P. Butler, Jr.) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9626 | Norman D. Dahlstrom v. American Standard, Inc., et al. |
| VAE | 2 | 09-9627 | Ralph F. Dowske v. American Standard, Inc., et al. |
| VAE | 2 | 09-9628 | Robert Gazso v. American Standard, Inc., et al. |
| VAE | 2 | 09-9629 | Russell J. Lee v. American Standard, Inc., et al. |
| VAE | 2 | 09-9630 | Richard L. Long v. American Standard, Inc., et al. |
| VAE | 2 | 09-9631 | Ronald L. Stanley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9632 | Ricky Maples v. American Standard, Inc., et al. |
| VAE | 2 | 09-9633 | Darrell L. McBee v. American Standard, Inc., et al. |
| VAE | 2 | 09-9634 | John P. Murphy v. American Standard, Inc., et al. |
| VAE | 2 | 09-9635 | Collis R. Parker v. American Standard, Inc., et al. |
| VAE | 2 | 09-9636 | John Snyder, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9637 | William H. Monroe, Jr., etc. (Gordon G. Noe) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9638 | Roy D. Morgan v. American Standard, Inc., et al. |
| VAE | 2 | 09-9639 | James H. Pahlman v. American Standard, Inc., et al. |
| VAE | 2 | 09-9640 | Michael C. Rivera v. American Standard, Inc., et al. |
| VAE | 2 | 09-9641 | Virgil B. Sword v. American Standard, Inc., et al. |
| VAE | 2 | 09-9642 | Donald F. Miller, Sr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9643 | Paul R. Ollanketo v. American Standard, Inc., et al. |
| VAE | 2 | 09-9644 | Fred L. Peters, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9645 | John Sager, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9646 | Howard H. Watson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9659 | Charles Leonard Willis v. Allis Chalmer Corp. Product Liability Trust, et al. |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 09-5801 | Richard E. Anderson, et al. v. Saberhagen Holdings, Inc., et al. |
| WISCONSIN EASTERN | | | |
| WIE | 1 | 09-1062 | Elsie M. Long, etc. v. A.W. Chesterton Co., et al. |
| WIE | 1 | 09-1099 | Marcella M. Bennington, etc. v. CBS Corp., et al. |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 09-726 | Gerald F. Bushmaker v. A.W. Chesterton Co., et al. |