BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE SPILMON, as Wrongful Death Heir, and as Successor-in-Interest to MARION SPILMON, Deceased; and GENEVIEVE SPILMON, MARK SPILMON, LIA BURRIS, MARTIN SPILMON, RITA LAVOY, and JOEL SPILMON, as Legal Heirs of MARION SPILMON, Deceased,<br><br>          Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.,*<br><br>          Defendants. | No.  3:09-cv-05649-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS  EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice.

Dated:  May 15, 2014          By: _____

Charles R.
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY